FILED
CLERK, U.S. DISTRICT COURT

January 7, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MCNEAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMUSEMENT INDUSTRY, INC., A CALIFORNIA CORPORATION; AND DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-07760-SB-PVC<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:　September 14, 2020<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ramon McNeal's ("Plaintiff") action against Defendant Amusement Industry, Inc. ("Defendant") is dismissed without prejudice. Each party will be responsible for their own fees and costs.

Dated: January 7, 2021



Hon. Stanley Blumenfeld, Jr.
United States District Judge
Central District of California